# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE No. 08-30125-WDS |
| VICTORIA CRUZ-BASILIO, | ) ) ) |
| Defendant. | ) |

## O R D E R

**STIEHL, District Judge**

On November 7, 2008, the United States of America and defendant Victoria Cruz-Basilio consented to appear before Magistrate Judge Clifford J. Proud pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea of guilty to Counts 1, 2 and 3 of the Indictment.

On November 7, 2008, Judge Proud submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 19).

The Report was sent to the parties along with a "NOTICE" informing them of their right to appeal by way of filing "Objections" within ten days of service of the Report and Recommendation. Neither party has filed an objection, therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Video Views Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Proud's Report and Recommendation (Doc. 30), **ACCEPTS** defendant Victoria Cruz-Basilio's plea of guilty,

and **ADJUDGES** defendant Victoria Cruz-Basilio guilty.

       **IT IS SO ORDERED.**

       **DATED:  December 8, 2008.**

                                   **s/  WILLIAM D. STIEHL**
                                      **DISTRICT JUDGE**